IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT SMITH,

      Appellant,

                                  Case No.  5D23-266

v.                               LT Case No. 16-2018-CA-7736


MOBILE PAINT MANUFACTURING COMPANY
OF DELAWARE, INC., A FOREIGN FOR PROFIT
CORPORATION, D/B/A BLP MOBILE PAINT
MANUFACTURING CO., INC., A/K/A BLP MOBILE
PAINTS, ET AL,

      Appellees.

_____/

Opinion filed August 8, 2023

Appeal from the Circuit Court
for Duval County,
Michael S. Sharrit, Judge.

Robert A. Smith, Jacksonville, pro se.

Eric L. Hearn, of Moseley, Prichard,
Parrish, Knight & Jones, P.A.,
Jacksonville, for Appellee, Mobile
Paint Manufacturing Company of
Delaware, Inc.

Dana Price, of Dana Price Law, LLC,
Jacksonville, for Appellee, Phillips
Highway River City, Inc.

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., LAMBERT and SOUD, JJ., concur.